1  MELINDA HAAG, (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JUAN D. WALKER (CSBN 208008)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6915
6       Fax: (415) 436-6748
        juan.walker@usdoj.gov
7
   Attorneys for Federal Defendant
8

9  DOUGLAS F. CARLSON
   PO Box 191711
10 San Francisco CA 94119-1711
   (415) 956-9567
11 doug.carlson@sbcglobal.net

12 Plaintiff
   *Pro se*
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17 DOUGLAS F. CARLSON,              )  Case No. C 11-3145 MEJ
                                    )
18          Plaintiff,              )
                                    )
19     v.                           )  **STIPULATION AND [PROPOSED]**
                                    )  **ORDER REGARDING SETTLEMENT**
20 UNITED STATES POSTAL SERVICE,    )  **AND DISMISSAL WITH PREJUDICE**
                                    )
21          Defendant.              )
                                    )
22 _____  )

23
        IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Douglas
24
   Carlson ("Plaintiff") and defendant United States Postal Service (hereinafter the "Postal
25
   Service") (collectively, the "Parties") as follows:
26
        1.   The Parties do hereby agree to settle, compromise and dismiss all claims in the
27

28
   STIPULATION AND [PROPOSED] ORDER
   RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
   C 11-3145 MEJ

above-captioned action ("This Action") under the terms and conditions set forth herein.

2. With Regard to Plaintiff's "First FOIA Claim for Relief," in full satisfaction of this claim, the Postal Service will release all previously redacted information and produce this information to Plaintiff no later than January 9, 2012 in response to his Freedom of Information Act ("FOIA") request dated May 5, 2009.

3. With regard to Plaintiff's "Second FOIA Claim for Relief," in full satisfaction of this claim, Plaintiff will receive no additional information from the Postal Service in response to his FOIA request dated May 20, 2010.

4. With regard to Plaintiff's "Third FOIA Claim for Relief," in full satisfaction of this claim, the Postal Service will release a copy of the July 26, 2010 email from Van Rouse to Judi Mummy and Robert MacCloskey in its entirety, no later than January 5, 2012, in response to his FOIA request dated August 5, 2010.

5. With regard to Plaintiffs' "Fourth FOIA Claim for Relief," in full satisfaction of this claim, the Postal Service will conduct an exhaustive search of the Pacific Area Office, the Bay-Valley District Office, and the Oakland Post Office located 1675 Seventh Street in Oakland, California to locate records responsive to Plaintiff's August 15, 2010 FOIA request. Any responsive, non-exempt records will be produced to Plaintiff at no charge, and the Postal Service may choose to produce those records in an electronic format if practicable. The Postal Service will make every effort to respond expeditiously, but Plaintiff understands that the search may take a considerable amount of time. The Postal Service agrees to complete the search within 3 months. Plaintiff agrees that he will not consider production of responsive records beyond the two-week period discussed on the record during the January 5, 2012 Settlement Conference held in this matter to be a breach of this Agreement. The Postal Service agrees to keep Plaintiff updated as to the status of the search and production of responsive records until those records are produced.

6. With regard to Plaintiff's "Fifth FOIA Claim for Relief," in full satisfaction of this claim, the Postal Service will conduct an exhaustive search of the Pacific Area Office, the Los

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 11-3145 MEJ                           2

1 Angeles District Office, and the Los Angeles Post Office located 7101 South Central Avenue in
2 Los Angeles, California to locate records responsive to Plaintiff's August 31, 2010 FOIA request.
3 Any responsive, non-exempt records will be produced to Plaintiff at no charge, and the Postal
4 Service may choose to produce those records in an electronic format if practicable. The Postal
5 Service will make every effort to respond expeditiously, but Plaintiff understands that the search
6 may take a considerable amount of time. The Postal Service agrees to complete the search within
7 3 months. Plaintiff agrees that he will not consider production of responsive records beyond the
8 two-week period discussed on the record during the January 5, 2012 Settlement Conference held
9 in this matter to be a breach of this Agreement. The Postal Service agrees to keep Plaintiff
10 updated as to the status of the search and production of responsive records until those records are
11 produced.

     7.     With regard to Plaintiff's "Breach of Contract Claims," in full satisfaction of this claim(s) the Postal Service agrees to modify certain blue collection box pickup schedules and other collection point schedules as follows:

     a) Gateway Station at 1 Embarcadero Center in San Francisco, California: the three blue collection boxes in front of the station will have a final pickup at 6:00 p.m. Monday through Saturday;

     b) Irving Street Station at 821 Irving Street in San Francisco, California: the two blue collection boxes in front of the station will have a final pickup at 6:00 p.m. Monday through Saturday;

     c) University of California - San Francisco at 505 Parnassus Avenue in San Francisco, California: the two blue collection boxes at this address will have a final pickup at 5:45 p.m. Monday through Friday, and at 3:15 p.m. on Saturday;

     d) Santa Cruz Post Office at 850 Front Street in Santa Cruz, California: the two blue collection boxes in front of the station will have a final pickup at 6:00 p.m. Monday through Saturday; in addition to the blue collection boxes, the Postal Service agrees that the lobby drop and Automated Postal Center will also have

    final pickup times at 6:00 p.m.; and

    e) Santa Cruz Post Office at 820 Front Street in Santa Cruz, California: the three blue "snorkel" collection boxes at this address will have a final pickup at 5:30 p.m. Monday through Saturday.

These pickup schedules will remain in effect and not be modified for a period of three years. If Congress authorizes the Postal Service to eliminate collection and processing of outgoing First-Class Mail on Saturdays, the Postal Service may change or eliminate the Saturday collection times described in paragraph 7 on or after the date on which the Postal Service implements such a congressionally authorized change in service level.

  8. The Postal Service agrees to pay to Plaintiff the sum of two thousand five hundred dollars ($2,500.00). After receipt of the Court's approval of this Stipulation, the Postal Service shall promptly submit a request for payment, upon receipt of Plaintiff's social security number. Plaintiff is responsible for payment of any taxes that may be due on the settlement proceeds. Defendant makes no representation as to any tax consequences or liabilities plaintiff may incur as a result of this settlement.

  9. Plaintiff hereby dismisses this entire Action with prejudice. Execution of this Stipulation and its approval by the Court shall constitute dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a). Each side to bear its own costs and attorney's fees. Plaintiff hereby releases and forever discharges the Postal Service, any and all of its past and present officials, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of actions, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting from the processing of or the decisions relating to the claims in this Action.

  10. The parties acknowledge that neither this Agreement nor anything contained herein shall constitute an admission of liability or fault on the part of the Postal Service or its agents, servants, or employees. This Agreement is entered into by the parties for the purpose of

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 11-3145 MEJ    4

compromising disputed claims and avoiding the expenses and risks of litigation.

11. This Agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this Agreement. Nothing in this Agreement affects Plaintiff's right to file an administrative appeal or seek relief in federal court related to the production of records in Paragraphs 5 and 6.

12. If any provision of this Agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

13. This instrument shall constitute the entire Agreement between the parties, and it is expressly understood and agreed that this Agreement has been freely and voluntarily entered into by the parties hereto. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement.

14. The persons signing this Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

15. This Agreement may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

**IT IS SO STIPULATED.**

Dated: 4-13-12

DOUGLAS F. CARLSON
Plaintiff Pro se

Dated: 4-25-12

Dean J. Granholm
Vice President, Delivery and Post Office Operations
United States Postal Service

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 11-3145 MEJ                                             5

1
2
3   [PROPOSED] ORDER
4   PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6   Dated:   June 5, 2012
7   _____
    MARIA-ELENA JAMES
8   United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT AND DISMISSAL WITH PREJUDICE
C 11-3145 MEJ                                    6